UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-14034-CR-CANNON/MAYNARD

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.

**HUBERT RAMON SANTIESTEBAN,**

    **Defendant.**
_____/

**<u>REPORT AND RECOMMENDATION ON CHANGE OF PLEA</u>**

**THIS CAUSE** comes before me upon an Order of Reference. Having conducted a Change of Plea Hearing, I recommend to the District Court as follows:

1. I convened a hearing to permit the Defendant to change his plea in this criminal case on September 16, 2024.

2. I advised the Defendant of his right to have the District Judge assigned to this case conduct this proceeding. I advised that I was conducting the Change of Plea Hearing at the request of the Defendant, the Defendant's attorney, and the Assistant United States Attorney assigned to this case. I advised that the District Judge assigned to this case will be the sentencing judge, will make all findings and rulings concerning the Defendant's sentence, and will schedule and conduct the Sentencing Hearing. I advised the Defendant that he did not have to permit me to conduct this hearing but could request a United States District Judge to conduct the Change of Plea Hearing instead. The Defendant, the Defendant's attorney, and the Assistant United States Attorney assigned to the case all

agreed on the record and consented to have a United States Magistrate Judge conduct the Change of Plea Hearing.

3. I conducted the plea colloquy in accordance with the outline set forth in the Bench Book for District Judges. The hearing was translated to the Defendant by the Court's Spanish language interpreter. The Defendant indicated to me that he was able to understand what was being said to him throughout the hearing.

4. There is a written Plea Agreement which has been entered into by the parties in this case. DE 29. The Defendant indicated to me that the Plea Agreement was read to him in Spanish, and the Plea Agreement is signed by the person who translated it to him. I reviewed the Plea Agreement on the record and had the Defendant acknowledge that he signed the Plea Agreement. The Defendant pleaded guilty to Counts 1 and 2 of the Indictment. Count 1 charges him with conspiracy to possess with intent to distribute a controlled substance in violation of 21 U.S.C. § 846. Count 2 charges him with attempted possession with intent to distribute a controlled substance in violation of 21 U.S.C. § 846 and 18 U.S.C. § 2.

5. I reviewed with the Defendant the mandatory minimum and maximum penalties applicable to Counts 1 and 2 of the Indictment. The Defendant acknowledged that he understood the penalties that could be imposed in his case.

6. The Plea Agreement contains provisions regarding forfeiture. The Defendant agrees to forfeit to the United States any right, title, and interest to any property constituting proceeds traceable to the commission of these offenses and any property used or intended to be used to commit these offenses.

7. The parties submitted a written Factual Proffer, which was signed by counsel for the Government, counsel for the Defendant, and the Defendant. The Factual Proffer has been filed in the record in this case. DE 30. The Defendant indicated to me that the Factual Proffer was read to him in Spanish, and the Factual Proffer is signed by the person who translated it to him. The Defendant acknowledged that he signed the Factual Proffer, understands it, and has had the opportunity to fully discuss it with his attorney. The Defendant agreed that the Factual Proffer accurately sets forth the facts in his case as he understands them to be. I find that the Factual Proffer sets forth each of the essential elements of the crimes to which the Defendant is pleading guilty.

8. Based on the foregoing and the plea colloquy that I conducted, I find that the Defendant enters his plea of guilty to Counts 1 and 2 of the Indictment freely and voluntarily. I accept his guilty plea and recommend to the District Court that it adjudicate him guilty of Counts 1 and 2 as charged in the Indictment.

9. The United States Probation Office will conduct a pre-sentence investigation and will issue a report for sentencing purposes.

**ACCORDINGLY**, this Court recommends to the District Court that the Defendant's plea of guilty to Counts 1 and 2 of the Indictment be accepted; that the Defendant be adjudicated guilty of the offenses to which he pleads guilty; and that a sentencing hearing be conducted for final disposition of this case.

The parties shall have fourteen (14) days from the date of this Report and Recommendation within which to file objections, if any, with the Honorable Aileen M. Cannon, United States District Judge for the Southern District of Florida. Pursuant to Federal Rule of Criminal Procedure 59(b)(2), failure to file a timely objection to this Report

and Recommendation waives the party's right to review, and it bars the party from attacking on appeal any legal rulings or fact findings contained herein.

      **DONE AND SUBMITTED** in Chambers at Fort Pierce, Florida, this 17th day of September, 2024.

 

_____
SHANIEK MILLS MAYNARD
U.S. MAGISTRATE JUDGE