UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 24-14034-CR-CANNON

**UNITED STATES OF AMERICA**,

    Plaintiff,
v.

**HUBERT RAMON SANTIESTEBAN,**

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation entered by Magistrate Judge Shaniek M. Maynard Following Change of Plea Hearing [ECF No. 32]. On September 16, 2024, Magistrate Judge Maynard held a Change of Plea hearing [ECF No. 28] during which Defendant pled guilty to Counts 1 and 2 of the Indictment [ECF No. 1] pursuant to a written plea agreement and factual proffer [ECF Nos. 29, 30]. Magistrate Judge Maynard thereafter issued a Report recommending that the Court accept Defendant's guilty plea to Counts 1 and 2, that the Court find Defendant to have freely and voluntarily entered his guilty plea, and that the Court adjudicate him guilty of the offenses [ECF No. 1]. No objections to the Report have been filed, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 32] is **ACCEPTED**.

2. The guilty plea entered into by Defendant **Hubert Ramon Santiesteban** as to Count 1 and Count 2 of the Indictment is **ACCEPTED**.

CASE NO. 24-14034-CR-CANNON

3. Defendant **Hubert Ramon Santiesteban** is adjudicated guilty of Count 1 and Count 2 of the Indictment. Count 1 charges him with conspiracy to possess with intent to distribute a controlled substance, in violation of 21 U.S.C. § 846. Count 2 charges him with attempt to possess with intent to distribute a controlled substance, in violation of 21 U.S.C. § 846 and 18 U.S.C § 2 [ECF No. 1].

**DONE AND ORDERED** in Chambers at Fort Pierce, Florida, this 3rd day of October 2024.

_____
**AILEEN M. CANNON
UNITED STATES DISTRICT JUDGE**

cc:     counsel of record