UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FORT PIERCE DIVISION

CASE NO. 2:24-cr-14034-AMC-1

UNITED STATES OF AMERICA,

v.

HUBERT RAMON SANTIESTEBAN,

    Defendant.
_____/

**DEFENDANT, HUBERT RAMON SANTIESTEBAN'S SENTENCING MEMORANDUM**

Defendant HUBERT RAMON SANTIESTEBAN, through his undersigned counsel, hereby files his Sentencing Memorandum, and states as follows:

The Defendant has carefully reviewed the Presentence Investigation Report prepared in his case. Defendant agrees with the calculation of the guidelines in the Report. Defendant also agrees that the Report is factually accurate.

Defendant has a drug and alcohol addiction. The Report recommends in paragraph 119 that he participate in an approved treatment program for drug and/or alcohol abuse. Defendant would like to participate in the Bureau of Prisons program.

Defendant's family resides in central Florida. He would respectfully request a recommendation that he be housed in a correctional facility near his family.

WHEREFORE, Defendant, HUBERT RAMON SANTIESTEBAN, respectfully files this memorandum regarding sentencing.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing has been furnished to Assistant United States Attorney's Office via the CM/ECF Portal and to all parties of record on this 18th day of November 2024.

    Respectfully Submitted,

    MARTIN L. ROTH
    Counsel for Defendant
    1700 East Las Olas Blvd.
    Ste. 307
    Fort Lauderdale, FL 33301
    Telephone: (954) 745-7697
    mlrpa@msn.com

    */s/ Martin L. Roth*
    Martin L. Roth
    Florida Bar No.: 265004